**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of __Columbia__
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  4912 Wisconsin LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  84-3232205

4. **Debtor's address**

   **Principal place of business**
   4132 Georgia Ave, NW
   Number   Street

   Washington    DC    20011
   City          State  ZIP Code

   County _____

   **Mailing address, if different from principal place of business**
   Number   Street
   P.O. Box
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   49012 Wisconsin Ave, NW
   Number   Street

   Washington, DC    20016
   City              State  ZIP Code

5. **Debtor's website (URL)** _____

---

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor: **4912 Wisconsin Ave LLC**
Name

Case number (if known) _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

Debtor  1492 Wisconsin LLC　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
   　　　　District _____  When ___/___/_____
   　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　Case number, if known _____

11. **Why is the case filed in this district?**

   Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   　　What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   　　Number　Street
   　　_____
   　　City　　　　　　　　　　　　　　　　State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
   　　　　Contact name _____
   　　　　Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

   Check one:
   ☒ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☒ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

Debtor  4912 Wisconsin LLC                                    Case number (if known) _____
        Name

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/16/2025
         MM / DD / YYYY

X _____     _____
Signature of authorized representative of debtor     Printed name

Title  Managing Member

### 18. Signature of attorney

X /s/ William Payne                          Date _____
Signature of attorney for debtor                  MM / DD / YYYY

William Payne
Printed name

Payne & Ass
Firm name

419 7th St NW
Number  Street

Washington                         D.C.     20004
City                               State    ZIP Code

240-704-1713
Contact phone                              Email address

419754                              DC/DC
Bar number                          State

Fill in this information to identify the case:

Debtor name: **4912 Wisconsin LLC**

United States Bankruptcy Court for the: District of **Columbia** (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | American Insurance LLC, 1325 G Street, NW Suite 500, Washington, DC 20005 | | | | | | $18,500 |
| 2 | Georgia Builders LLC, 4132 Georgia Ave, Washington, DC | | | | | | $695000 |
| 3 | Kalid Ali, 1707 Poling Ave, Washington, DC 20( | | | | | | $42,000 |
| 4 | TEC Solutions LLC, 4900 Kent Ave, Beltsville, MD 20705 | | | | | | $6,900 |
| 5 | Thomas Gedel LLC, 6419 Casperson Rd, Alexandria, VA 22315 | | | | | | $752,000 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____ Name    Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

4912 Wisconsin, LLC

4912 Wisconsin Ave NW

Washington, D.C 20016

American IMS, LLC

1325 G Street NW, 500

Washington, D.C 2005

Dereje Seifu

6419 Casperson RD

Alexanderia, VA 22315

Pinda Hardwood Flooring

4241 Powder Mill Rd

Beltsville, M.D 20705

County Welding

15873 Commerce CT

Upper Marlboro. MD 20774

Georgia Builder's, LLC

4132 Georgia Ave NW

Washington, D.C 20011

Tec Solution, LLC

4900 Kent Ave

Beltsville, M.D 20765

Mainstreet Bank

10089 Fairfax Blvd

Fairfax, VA 22030

United States Bankruptcy Court

In re 4912 Wisconsin, LLC_____    Case No. _____

Debtor (S)    Chapter _____11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for 4912 Wisconsin, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1

_____12-16-25_____

Date

/s/William Payne

William Payne 419759

Signature of Attorney or Litigant

Counsel for 4912 Wisconsin, LLC

William Payne

419 7th Street NW

Suite 405

Washington, DC 20004

4912 Wisconsin, LLC

RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY

WHEREAS the Limited Liability Company is having difficulty paying its debts as they mature and needs time to reorganize, and

WHEREAS, it would be in the best interests of all parties for the Limited Liability Company to file a

voluntary petition under Chapter 11 of the Bankruptcy Code, it is

RESOLVED THAT THE Limited Liability Company file as soon as practicable a bankruptcy in accordance with Chapter 11 of the Bankruptcy Code; and

The undersigned hereby certifies that he is the sole Member and the custodian of the books and records of

4912 Wisconsin, LLC, a limited liability company duly organized pursuant to the laws of the District of Columbia and that the foregoing is a true record of a resolution duly adopted at a meeting of the Members

and that said meeting was held in accordance with DC law and the Operating Agreement of the Limited

Liability Company on December 1, 2025, and that said resolution is now in full force and effect without

modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Sole Member of the above-named Limited

Liability Company on this 1st day of December, 2025.

_____
Dereje Seifu